# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:15-cr-00398-SCJ-JFK
### USA v. Kwushue
### Honorable Steve C Jones

Minute Sheet for proceedings held In Open Court on 08/19/2016.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 2:00 P.M.
TIME IN COURT: 3:00
OFFICE LOCATION: Atlanta

COURT REPORTER: David Ritchie
USPO: Barbara Oswald
DEPUTY CLERK: Pamela Wright

| | |
|---|---|
| DEFENDANT(S): | [1]Samuel Kwushue Present at proceedings |
| ATTORNEY(S) PRESENT: | Nicole Kaplan representing Samuel Kwushue<br>Samir Kaushal representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing-Contested); |
| MINUTE TEXT: | Sentencing hearing held as to Counts 1-8. Oral argument heard on Defendant's objections to PSR. Government's witness Salina Walker sworn and testified. Government's exhibits 3, 10, 5, 6, 1a-1s, 2a-2f, 4, 7 and 8 admitted (exhibit list attached). Sentence imposed: 51 months imprisonment as to each count, concurrent; 3 years supervised release as to each count, concurrent; $800.00 special assessment; $5,292,958.57 restitution to USDA. Defendant was advised of his appeal rights and remanded to custody. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |

United States v. Samuel Kwushue
Criminal Action No. 1:15-CR-00398

## GOVERNMENT EXHIBIT LIST

| Exhibit | Description | Offered? | Admitted? |
|---|---|---|---|
| 1A-1S | KD Metro Nov. 4, 2015 Search Warrant Photographs | ✓ | ✓ |
| 2A-2F | KD Metro Nov. 4, 2015 Search Warrant Photographs | ✓ | ✓ |
| 3 | KD Metro Diagram | ✓ | ✓ |
| 4 | Loss Chart | ✓ | ✓ |
| 5 | T.C. Statement | ✓ | ✓ |
| 6 | S.H. Statement | ✓ | ✓ |
| 7 | March 1, 2010 Agreement to Sell Business | ✓ | ✓ |
| 8 | February 17, 2010 FNS Application | ✓ | ✓ |
| 9 | Department of Homeland Security – USCIS Database Lookup | | |
| 10 | KD Metro Top Redeemers List | ✓ | ✓ |